RICHARD FRANCIS et al., Administrators, etc., Respondents, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

(Argued June 14, 1877; decided June 22, 1877.)

*J. G. Retch*, for appellant.

*R. H. Duel*, for respondents.

Agree to affirm.   No opinion.
All concur, except MILLER, J., absent.
Judgment affirmed.

---

CATHARINE TILTON, Respondent, *v.* CLARENCE ORMSBEE, Executor, etc., Appellant.

(Argued June 8, 1877; decided September 18, 1877

REPORTED below, 10 Hun, 7.

*M. H. Hirschberg*, for appellant.

*C. L Waring*, for respondent.

Agree to affirm.   No opinion.
All concur, except EARL, J., dissenting.
Order affirmed.